**Jorge RODRIGUEZ–SANCHEZ, a.k.a. Jorge Rodriguez, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 08–74344.

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 10, 2011.*

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

Filed Jan. 25, 2011.

Before: BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

## MEMORANDUM **

Jorge Rodriguez–Sanchez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Cazarez–Gutierrez v. Ashcroft*, 382 F.3d 905, 909 (9th Cir. 2004), and we deny the petition for review.

Rodriguez–Sanchez's contention that a conviction under Cal.Penal Code § 496d(a) is not categorically an aggravated felony under 8 U.S.C. § 1101(a)(43)(G) is foreclosed by *Alvarez–Reynaga v. Holder*, 596 F.3d 534, 536–37 (9th Cir.2010).

**PETITION FOR REVIEW DENIED.**

Berc Agopoglu, Esquire, Law Offices of Berc & Associates, Los Angeles, CA, for Petitioner.

AZP–District Director, Office of the District Director, U.S. Department of Homeland Security, Phoenix, AZ, Aliza Bessie Alyeshmerni, Richard M. Evans, Esquire, Assistant Director, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).